Andrew M. Carroll, Esquire
285 Chestnut Street
Hammonton, NJ 08037
(856) 426-9815

## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re.: Ziejewski, Walter | : | Chapter 7 |
| | : | |
| Debtor | : | Case No. 18-12027 ELF |

**HEARING TO BE HELD:**
**Date: April 25, 2018**
**Time: 9:30 a.m.**
**Place: United States Bankruptcy Ct**
**Courtroom #1**
**900 Market Street**
**Philadelphia, PA 19107-4295**

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed a Motion to Extend the Automatic Stay with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 25, 2018 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107


If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

(b) mail a copy to the movant's attorney:

    Andrew M. Carroll
    285 Chestnut Street
    Hammonton, NJ 08037

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on April 25, 2018 at 9:30 am in Courtroom #1, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

  Date: April 9, 20158