Andrew M. Carroll, Esquire
285 Chestnut Street
Hammonton, NJ 08037
(856) 426-9815

## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re.: Ziejewski, Walter | : | Chapter 7 |
| | : | |
| Debtor | : | Case No. 18-12027 ELF |

### CERTIFICATION OF NO RESPONSE TO MOTION TO EXTEND THE STAY, PURSUANT TO 11 USC 362(c)

1. I am the attorney of record in the present case and fully aware of all material facts in the present case.

2. The present case was filed on behalf of the debtor, for relief under chapter 7 on March 27, 2018. The present case is a "second filing" within one year from a dismissal of a previous case.

3. Present counsel filed the present motion to extend on April 9, 2018.

4. The period to respond has passed with no response being filed to the motion to extend the stay pursuant to 11 USC 362(c).

5. I make the present certification under the penalty of perjury.

WHEREFORE, present counsel respectfully requests that this Court enter an Order extending the stay in the present case beyond the 30 days.

Respectfully Submitted,

/s/ Andrew M. Carroll
Andrew M. Carroll

April 25, 2018