United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12027-elf
Walter Ziejewski                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John          Page 1 of 1           Date Rcvd: Apr 26, 2018
                       Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
```
db            +Walter Ziejewski,    131 W. Northwestern Ave,    Philadelphia, PA 19118-4504
14080014      +KML Law Group,   701 Market Street, #5000,    Philadelphia, PA 19106-1541
14085955      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for Select Portfolio Servicing,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 27 2018 01:49:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2018 01:49:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2018 01:49:07     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14080015      +E-mail/Text: jennifer.chacon@spservicing.com Apr 27 2018 01:49:23     SPS,    PO Box 65450,
               Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 4
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
```
              ANDREW M. CARROLL    on behalf of Debtor Walter  Ziejewski AndrewCarrollEsq@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates,
               Series 2006-5 bkgroup@kmllawgroup.com
              TERRY P. DERSHAW     td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| WALTER ZIEJEWSKI, | : | |
| Debtor | : | Bky. No. 18-12027 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: April 26, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE