Certificate Number: 05781-PAE-DE-031397395

Bankruptcy Case Number: 18-12027


05781-PAE-DE-031397395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2018, at 12:33 o'clock PM PDT, Walter Ziejewski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 30, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President