United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Walter Ziejewski  
    Debtor

Case No. 18-12027-elf  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: John | Page 1 of 1 | Date Rcvd: Aug 03, 2018 |
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
db      +Walter Ziejewski,    131 Northwestern Avenue,    Philadelphia, PA 19118-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:

     ANDREW M. CARROLL    on behalf of Debtor Walter Ziejewski AndrewCarrollEsq@gmail.com
     REBECCA ANN SOLARZ    on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 bkgroup@kmllawgroup.com
     TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:　　　　　　　　　　　　　　　　　　　　　　　　: Chapter 7

Walter Ziejewski　　　　　　　　　　　　　　　　　　: Case No. 18−12027−elf
　　　　Debtor(s)

***ORDER***
_____

AND NOW, this day , August 3, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

　　　　　　　　　　　　　　　　　　　　By The Court

　　　　　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　　　　　Judge , United States Bankruptcy Court

33
Form 195